**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7556**

COLLY CASCEN,

Plaintiff - Appellant,

v.

HAROLD W. CLARKE, Director of the State of Virginia
Department of Corrections; ASST. WARDEN DAVID ROBINSON,
Chief of Operations of the State of Virginia Department of
Corrections; JOHN JABE, Deputy Director of Operations; J. C.
COMBS, Warden at Wallens Ridge State Prison; REBECCA YOUNG,
Operations Manager/Supervisor of the Wallens Ridge State
Prison; BRENDA RAVIZEE, Institutional Ombudsman/Grievance
Coordinator; QUINN REYNOLDS, Unit Manager/Supervisor at
Wallens Ridge State Prison; GREGORY HOLLOWAY,
Superintendent/Warden of Wallens Ridge State Prison,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. Norman K. Moon, Senior
District Judge. (7:15-cv-00061-NKM-RSB)

Submitted: May 13, 2016                    Decided: June 3, 2016

Before SHEDD, KEENAN, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Colly Cascen, Appellant Pro Se.  Mark Rankin Herring, Attorney
General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Colly Cascen appeals the district court's order granting summary judgment to the Defendants on his complaint asserting claims under 42 U.S.C. § 1983 (2012) and the Religious Land Use and Institutionalized Persons Act, 42 U.S.C. § 2000cc to § 2000cc-5 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Cascen v. Clarke, No. 7:15-cv-00061-NKM-RSB (W.D. Va. Aug. 26, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED